**U.S. BANKRUPTCY COURT**
District of South Carolina

Case Number:  13-03001

Order Lifting the Automatic Stay

**The relief set forth in the following pages, for a total of 2 pages including this page, is hereby ORDERED.**

**FILED BY THE COURT**
**04/25/2014**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 04/25/2014

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

Columbia Division

| | |
|---|---|
| IN RE:<br><br>Donlakin Lamont Benson and Melanie Anita Benson<br>Debtor | Chapter 13<br>CASE NUMBER: 13-03001<br><br>**ORDER LIFTING THE AUTOMATIC STAY** |

Upon review of the Consent Order entered into by the parties hereto and approved by this Court on March 10, 2014, along with the Affidavit of Default filed by Jeffrey L. Silver, Esquire, attorney for Green Planet Servicing LLC,

Pursuant to the Affidavit of Default, the Debtor is due for March, 2014. I find that the above-captioned Debtor failed to make the required payments as required by the Consent Order and is in default of the Consent Order.

Green Planet Servicing LLC agrees to waive any claim that may arise under 11 U.S.C. §503(b) or §507(b) as a result of this Order, and Green Planet Servicing LLC further agrees that any funds realized from the foreclosure sale, in excess of all liens, costs and expenses, will be paid to the Trustee.

IT IS HEREBY ORDERED that the automatic stay be modified to permit Green Planet Servicing LLC to proceed in State Court against the Debtor's Real Property located at/described as 319 Quiet Creek Road, Blythewood, SC 29016.

**IT IS SO ORDERED**.